J. M. SHEFFIELD et al. v. MISSOURI STATE LIFE INSURANCE CO.

4 Div. 720.

Supreme Court of Alabama.

June 22, 1933.

E. C. Boswell, of Geneva, for appellants.

R. S. Ward, of Hartford, for appellee.

KNIGHT, Justice.

Suit by the Missouri State Life Insurance Company against J. M. Sheffield and another, and, from a judgment, entered upon a verdict of the jury in favor of the plaintiff, the present appeal is prosecuted by the defendants.

The errors assigned relate to matters which can only be presented for review by bill of exceptions, and there is no such bill in the record. In the absence of a bill of exceptions, therefore, the only proper judgment to be here entered is one of affirmance, which is accordingly so ordered.

Affirmed.

ANDERSON, C. J., and THOMAS and BROWN, JJ., concur.

149 So. 923

SINCLAIR REFINING CO. v. Era B. HOUSTON.

5 Div. 138.

Supreme Court of Alabama.

June 29, 1933.

PER CURIAM.

Appeal dismissed by appellant.

150 So. 921

SOVEREIGN CAMP OF THE WOODMEN OF THE WORLD v. Ella HARDER.

6 Div. 294.

Supreme Court of Alabama.

Nov. 2, 1933.

Wm. B. McCollough, of Birmingham, for appellant.

David J. Davis, of Birmingham, for appellee.

BOULDIN, Justice.

This cause was tried upon an agreed statement of facts. The controlling facts are the same as in Higgins v. Sovereign Camp, W. O. W., 224 Ala. 644, 141 So. 562, and Sovereign Camp, W. O. W., v. Batty, ante, p. 50, 148 So. 811. On the authority of those cases, the judgment is affirmed.

Affirmed.

ANDERSON, C. J., and GARDNER and FOSTER, JJ., concur.